IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: September 17, 2008 |
| Therese Lindblom, Court Reporter | |
| Tom Meyer, Probation Officer | |

Criminal Action No. 06–cr–00043–EWN

*Parties:* *Counsel:*

UNITED STATES OF AMERICA, Stephen Tokarz

    Plaintiff,

v.

1. TYRONE HAYGOOD, Warren Williamson

    Defendant.

---

### COURTROOM MINUTES

---

**Hearing on Motion for Early Termination of Supervised Release**

**3:51 p.m.**     Court in session.

Court calls case and appearances. Defendant is present on supervised release.

Argument by Mr. Williamson.

Statement by Defendant.

Court's findings.

**ORDERED:**     Defendant's Motion for Early Termination of Supervised Release (#8, filed June 19, 2008) is DENIED.

**4:13 p.m.**     Court in recess.

Hearing concluded.

Total time: 00:22